Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Kathryn C. Newman
Nevada Bar No. 13733
kathryn.newman@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant, Sunrise MountainView Hospital, Inc. d/b/a MountainView Hospital.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DARNELL HALL,<br><br>                    Plaintiff,<br><br>     vs.<br><br>SUNRISE MOUNTAINVIEW HOSPITAL, INC., d/b/a MOUNTAINVIEW HOSPITAL, a Nevada corporation; and DOES 1 through 50, inclusive,<br><br>                    Defendant. | Case No.:   2:25-cv-01356-JAD-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND PARTIAL MOTION TO DISMISS BRIEFING SCHEDULE AND HEARING**<br><br>**(First Request)** |

Defendant Sunrise MountainView Hospital, Inc., d/b/a MountainView Hospital ("Defendant") and Plaintiff Darnell Hall ("Plaintiff"), by and through their undersigned counsel, hereby submit this Stipulation and Order to Extend Partial Motion to Dismiss Briefing and Hearing Schedule. The parties respectfully request that the hearing on Defendant's Partial Motion to Dismiss be vacated and reset to reflect the extended briefing schedule.

The parties respectfully request that: (1) the deadline for Plaintiff to Oppose Defendant's Partial Motion to Dismiss be extended by two weeks, from August 15, 2025, through August 29, 2025;  and Defendant's time within which to file a Reply in Support of its Partial Motion to Dismiss be extended by one week, from September 5, 2025, to September 12, 2025; and (3) to reflect the extended briefing schedule, the parties respectfully request that the hearing on

1  Defendant's motion, currently set before U.S. District Court Judge Jennifer Dorsey for September
2  8, 2025, at 2:20 p.m., be vacated and reset for a date and time convenient to the Court.

3      The Stipulation is entered into for the following reasons:

4      1.    Counsel for Plaintiff, with the exercise of due diligence, needs additional time to
5  thoroughly investigate and respond to Defendant's motion. As such, Plaintiff requests that the
6  Court extend the time within which she may object from August 15, 2025, to August 29, 2025.

7      2.    Defendant has no objection to the request for additional time.

8      3.    Counsel for Defendant has previously scheduled travel that would impact her ability
9  to prepare a reply brief based on the revised dates. Accordingly, Defendant requests that it be given
10 an additional week to file a reply brief in support of its motion, extending the time within which it
11 may file a reply to September 12, 2025.

12     4.    The revised briefing schedule extends briefing beyond the Court's scheduled
13 hearing on the motion on September 8, 2025. Accordingly, the parties request that the Court vacate
14 the hearing and reset it for a date and time convenient to the Court, following the completed
15 briefing.

16     5.    This request is not made for purposes of delay. It is the first request for such a
17 continuance.

18                           CONCLUSION

19 For the forgoing reasons, the parties respectfully request the Court order: (1) Plaintiff may
20 file an objection to Defendant's Partial Motion to Dismiss (ECF No. 5) through August 29, 2025;
21 (2) Defendant may file a Reply in Support of It's Partial Motion to dismiss through September 15,
22 2025; and (3) the hearing on Defendant's Partial Motion to Dismiss, currently set for September 8,
23 2025, at 2:30 p.m., is vacated and reset for a date and time convenient to this Court.
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

| | |
|---|---|
| DATED this 14th day of August, 2025. | DATED this 14th day of August, 2025. |
| RAFII & ASSOCIATES, P.C. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| */s/ Arya Afighorn* | */s/ Kathryn C. Newman* |
| Jason Kuller<br>Nevada Bar No. 12244<br>Arya Afighom<br>Nevada Bar No. 16182<br>1120 N. Town Center Drive, Suite 130<br>Las Vegas, Nevada 89144 | Anthony L. Martin<br>Nevada Bar No. 8177<br>Kathryn C. Newman<br>Nevada Bar No. 13733<br>10801 W. Charleston Blvd., Suite 500<br>Las Vegas, NV  89135 |
| *Attorneys for Plaintiff,*<br>*Darnell Hall* | *Attorneys for Defendant,*<br>*Sunrise MountainView Hospital, Inc.*<br>*d/b/a MountainView Hospital* |

### **ORDER**

The Court hereby vacates the hearing on the Partial Motion to Dismiss, currently set for September 8, 2025, at 2:30 p.m., before U.S. District Court Jennifer Dorsey, (ECF No. 7), and re-sets the hearing for Septembr 22, 2025, at 2:00 p.m.

_____
UNITED STATES DISTRICT COURT JUDGE

8/15/2025
_____
DATED

3

90679721.v1-OGLETREE