Jason Kuller, NV Bar No. 12244
Ciara Alagao, NV Bar No. 16789
Arya Afighom, NV Bar No. 16182
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Ste. 130
Las Vegas, Nevada 89144
Telephone: 725.245.6056
Facsimile: 725.220.1802
jason@rafiilaw.com
ciara@rafiilaw.com
arya@rafiilaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DARNELL HALL,<br><br>        Plaintiff,<br>v.<br><br>SUNRISE MOUNTAINVIEW HOSPITAL, INC., d/b/a MOUNTAINVIEW HOSPITAL, a Nevada Corporation; and DOES 1 through 50, inclusive,<br><br>        Defendants. | Case No.: 2:25-cv-01356-JAD-DJA<br><br>**STIPULATION AND ORDER TO EXTEND PARTIAL MOTION TO DISMISS BRIEFING SCHEDULING**<br><br>**(SECOND REQUEST)** |

      Plaintiff Darnell Hall ("Plaintiff") and Defendant Sunrise MountainView Hospital, Inc., d/b/a MountainView Hospital ("Defendant"), by and through their undersigned counsel, hereby submit this Stipulation and Order to Extend Partial Motion to Dismiss Briefing and Hearing Schedule. The parties respectfully request that the hearing on Defendant's Partial Motion to Dismiss be vacated and reset to reflect the extended briefing schedule.

      The parties respectfully request that: (1) the deadline for Plaintiff to Oppose Defendant's Partial Motion to Dismiss (ECF 5) be extended by two weeks, from August 29, 2025, through September 12, 2025; and Defendant's time within which to file a Reply in Support of its Partial Motion to Dismiss be extended by two weeks, from September 19, 2025, to October 3, 2025; and (3) to reflect

the extended briefing schedule, the parties respectfully request that the hearing on Defendant's motion, currently set before U.S. District Court Judge Jennifer Dorsey for September 22, 2025, at 2:00 p.m., be vacated and reset for a date and time convenient to the Court.

The Stipulation is entered into for the following reason:

1. The Parties are actively engaged in settlement discussions.
2. The requested extension will allow the Parties to conserve resources and focus on ongoing settlement efforts.
3. Counsel for both Parties agree that good cause exists for this extension.
4. The revised briefing schedule extends briefing beyond the Court's scheduled hearing on the motion on September 22, 2025. Accordingly, the parties request that the Court vacate the hearing and reset it for a date and time convenient to the Court, following the completed briefing.

/ / /

/ / /

/ / /

/ / /

/ / /

5. This request is not made for purposes of delay. It is the second request for such a continuance.

Dated this 29th day of August, 2025.

| RAFII & ASSOCIATES, P.C. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| */s/Ciara Alagao* | */s/Kathryn Newman (with permission)* |
| Jason Kuller, NV Bar No. 12244 | Anthony L. Martin |
| Ciara Alagao, NV Bar No. 16789 | Nevada Bar No. 8177 |
| Arya Afighom, NV Bar No. 16182 | Kathryn C. Newman |
| 1120 N. Town Center Drive, Ste. 130 | Nevada Bar No. 13733 |
| Las Vegas, Nevada 89144 | 10801 W. Charleston Blvd., Suite 500 |
|  | Las Vegas, NV 89135 |
| *Attorneys for Plaintiff Darnell Hall* |  |
|  | *Attorneys for Defendant* |
|  | *Sunrise MountainView Hospital, Inc. d/b/a MountainView Hospital* |

## ORDER

**The Court hereby vacates the hearing on the Partial Motion to Dismiss, currently set for September 22, 2025, at 2:00 p.m., before U.S. District Court Jennifer Dorsey, (ECF No. 10), and re-sets the hearing for October 17, 2025, at 11:00 a.m.**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**Dated:** 9/5/2025

