Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Kathryn C. Newman
Nevada Bar No. 13733
kathryn.newman@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant, Sunrise MountainView Hospital, Inc. d/b/a MountainView Hospital.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DARNELL HALL,<br><br>                    Plaintiff,<br><br>    vs.<br><br>SUNRISE MOUNTAINVIEW HOSPITAL, INC., d/b/a MOUNTAINVIEW HOSPITAL, a Nevada corporation; and DOES 1 through 50, inclusive,<br><br>                    Defendant. | Case No.:   2:25-cv-01356-JAD-DJA<br><br>**CORRECTED STIPULATION AND ORDER TO EXTEND DEADLINE TO REPLY IN SUPPORT OF PARTIAL MOTION TO DISMISS (ECF NO. 5)**<br><br>**(First Request)**<br><br>ECF Nos. 17 & 18 |

Defendant Sunrise MountainView Hospital, Inc., d/b/a MountainView Hospital ("Defendant") by and through its undersigned counsel, hereby submit this Stipulation to Extend Deadline within which Defendant may file a Reply in Support of its Partial Motion to Dismiss (the "Motion"). (ECF No. 5). The Court has set a hearing on the Motion for October 17, 2025. (ECF No. 14.)

The Defendant respectfully requests that the deadline for Defendant to file a Reply in Support of Defendant's Partial Motion to Dismiss (ECF No. 5) be extended by five days, from October 3, 2025 to October 8, 2025.

The Stipulation is entered into for the following reasons:

1. The Parties remain actively engaged in settlement discussions and in the exchange

of initial discovery.

2. This request is not made for purposes of delay. Nor will it require the Court to reset the hearing on the motion.

3. Plaintiff has no objection to the request for additional time.

4. This is the first independent request to continue the Reply deadline. Previously, the parties submitted two prior stipulations to continue the briefing schedule and hearing.

## CONCLUSION

For the forgoing reasons, the parties respectfully request the Court order: Defendant's may file a Reply in Support of Defendant's Partial Motion to Dismiss (ECF No. 5) through October 8, 2025.

DATED this 3rd day of October, 2025.                     DATED this 3rd day of October, 2025.

RAFII & ASSOCIATES, P.C.                                 OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Arya Afighorn                                        /s/ Kathryn C. Newman

Jason Kuller                                             Anthony L. Martin
Nevada Bar No. 12244                                     Nevada Bar No. 8177
Ciara Alagao                                             Kathryn C. Newman
Nevada Bar No. 16789                                     Nevada Bar No. 13733
Arya Afighom                                             10801 W. Charleston Blvd., Suite 500
Nevada Bar No. 16182                                     Las Vegas, NV 89135
1120 N. Town Center Drive, Suite 130
Las Vegas, Nevada 89144                                  *Attorneys for Defendant,*
                                                         *Sunrise MountainView Hospital, Inc.*
*Attorneys for Plaintiff,*                               *d/b/a MountainView Hospital*
*Darnell Hall*

## ORDER

Based on the parties' stipulation [ECF Nos. 17, 18] and good cause appearing, the Defendant's Deadline to Reply, currently set for October 3, 2025, is extended to October 8, 2025.

_____
UNITED STATES DISTRICT COURT JUDGE

10/7/25
_____
DATED

2