Jason Kuller, NV Bar No. 12244
Ciara Alagao, NV Bar No. 16789
**RAFII & ASSOCIATES, P.C.**
1120 N. Town Center Dr., Suite 130
Las Vegas, Nevada 89144
Phone: 725.245.6056
Fax: 725.220.1802
jason@rafiilaw.com
ciara@rafiilaw.com

*Attorneys for Plaintiff Darnell Hall*

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DARNELL HALL,<br><br>　　　　Plaintiff,<br>　v.<br><br>SUNRISE MOUNTAIN VIEW HOSPITAL, INC., d/b/a MOUNTAIN VIEW HOSPITAL, a Nevada corporation; and DOES 1 through 50, inclusive,<br><br>　　　　Defendant. | Case No.: 2:25-CV-01356-JAD-DJA<br><br>**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION SESSION**<br><br>**(FIRST REQUEST)** |

Plaintiff Darnell Hall ("Plaintiff") and Defendant Sunrise Mountain View Hospital, Inc. d/b/a Mountain View Hospital ("Defendant" or "Mountain View") (collectively referred to as the "Parties"), by and through their respective undersigned counsel of record, hereby submit this Stipulation to Continue Early Neutral Evaluation (ENE) Session (the "Motion"). The Court has scheduled the ENE for November 7, 2025 at 10:00 a.m. (ECF No. 8).

The Parties respectfully request that the ENE Session on November 7, 2025 be vacated. The Parties request two weeks to attempt to resolve this matter directly, after which they will either file a

1

**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION SESSION [FIRST REQUEST]**

notice of settlement or a joint status report. To the extent the parties are not able to resolve the matter directly, they will request the Court set a new date for the ENE in their joint status report

The Stipulation is entered into for the following reasons:

1. The Parties continue to be actively engaged in settlement discussions and believe that they may be able to resolve the matter without expending judicial resources.

2. Plaintiff's counsel, Ciara Alagao, is unavailable on November 7, 2025.

3. This Stipulation is made in good faith and is not intended for purposes of delay.

4. This is the first independent request to continue the ENE Session. Previously, the parties submitted three prior stipulations and one corrected stipulation to continue the briefing schedule and hearing.

## CONCLUSION

For the foregoing reasons, the parties respectfully request the Court issue an order: (1) vacating the Early Neutral Evaluation currently scheduled for November 7, 2025; (2) that the parties are to file a Joint Status Report by November 14, 2025, informing the Court if they have resolved the matter or if they request that the Court set a new date for the Early Neutral Evaluation Session.

DATED this 31st day of October, 2025.

| RAFII & ASSOCIATES, P.C. | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/ Ciara Alagao | /s/ Kathryn Newman (with permission) |
| Ciara Alagao, NV Bar No. 16789<br>Jason Kuller, NV Bar No. 12244<br>1120 N. Town Center Dr., Suite 130<br>Las Vegas, Nevada 89128 | Kathryn Newman, NV Bar No. 13733<br>Anthony Martin, NV Bar No. 8177<br>10801 W. Charleston Blvd., Suite 500<br>Las Vegas, NV 89135 |
| *Attorneys for Plaintiff Darnell Hall* | *Attorneys for Defendant Sunrise Mountain View Hospital, Inc.* |

**ORDER**

The Court hereby orders: (1) the Early Neutral Evaluation currently scheduled for November 7, 2025 is vacated; (2) the parties are to file a Joint Status Report by November 14, 2025, informing the Court if they have resolved the matter or if they request that the Court set a new date for the Early Neutral Evaluation Session.

_____
UNITED STATES MAGISTRATE JUDGE

November 3, 2025
DATED

3

**STIPULATION AND ORDER TO CONTINUE EARLY NEUTRAL EVALUATION SESSION [FIRST REQUEST]**