Anthony L. Martin
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
Kathryn C. Newman
Nevada Bar No. 13733
kathryn.newman@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant, Sunrise MountainView
Hospital, Inc. d/b/a MountainView Hospital.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| DARNELL HALL,<br><br>                    Plaintiff,<br><br>vs.<br><br>SUNRISE MOUNTAINVIEW HOSPITAL, INC., D/B/A MOUNTAINVIEW HOSPITAL, A NEVADA CORPORATION; AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>                    Defendant. | Case No.:  2:25-cv-01356-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Darnell Hall ("Plaintiff") and Defendant Sunrise MountainView Hospital, Inc., d/b/a MountainView Hospital ("Defendant"), by and through their respective attorneys (collectively, "the Parties"), hereby stipulate that all claims Plaintiff had or may have had against Defendant that are contained in, are reasonably related to or could have been brought in the

///

///

///

///

///

///

1

above-captioned action, are hereby dismissed, with prejudice, in their entirety.  Further each party is to bear their own attorneys' fees and costs.

DATED this 11th day of May, 2026.

DATED this 11th day of May, 2026.

RAFII & ASSOCIATES, P.C.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

/s/ Ciara Sooniem Alagao
Ciara Sooniem Alagao
Nevada Bar No. 16789
1120 North Town Center Dr.
Suite 130
Las Vegas, NV 89144

Attorneys for Plaintiff
Darnell Hall

/s/ Kathryn C. Newman
Anthony L. Martin
Nevada Bar No. 8177
Kathryn C. Newman
Nevada Bar No. 13733
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV  89135

Attorneys for Defendant,
Sunrise MountainView Hospital, Inc. d/b/a
MountainView Hospital

**ORDER**

Based on the parties' stipulation [ECF No. 32] and good cause appearing, IT IS HEREBY ORDERED that **THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  The Clerk of Court is directed to CLOSE THIS CASE.**

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 13, 2026

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. CHARLESTON BLVD.
SUITE 500
LAS VEGAS, NV 89135
TELEPHONE: 702.369.6800

2